# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

BILLY LEO ROBINSON

Case Number: 2:90-cr-88-FtM-29SPC

USM Number: 12362-018

Frank Zaremba, FPD
1514 Broadway, Ste. 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One & Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct: Sale of Cocaine within 1,000 Feet of a Physical Place for Worship while on supervision in violation of the conditions of supervision | November 4, 2008 |
| Two | New Criminal Conduct: Possession of Cocaine while on supervision in violation of the conditions of supervision | November 4, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Charge Nos. Three, Four, Five, Six, Seven, Eight & Nine dismissed on motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

9/14/2009

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE
September 15, 2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

BILLY LEO ROBINSON
2:90-cr-88-FtM-29SPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 23 Months, said term shall be served consecutively to the term of imprisonment in Case No. 2:08-cr-172-FtM-29DNF.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____. with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**